*J. M. Hanna,* for the plaintiff.

———••••———

## KEELY and Others *v.* LYNN.

ERROR to the *Marion* Circuit Court.

*Per Curiam.*—The same points are raised in this record that arose in *Searl* v. *Richey, ante,* p. 199. For the reasons there given, the same judgment follows.

The judgment is affirmed, with 5 per cent. damages and costs.

*R. L. Walpole,* for the plaintiffs.

*L. Barbour* and *A. G. Porter,* for the defendant.